Pearl E. DILLEY, Administratrix of the Estate of Glen D. Dilley, Deceased, Plaintiff-Appellee.

v.

CHESAPEAKE AND OHIO RAILWAY COMPANY, a Corporation, Defendant-Appellant.

No. 14049.

United States Court of Appeals Sixth Circuit.

April 9, 1960.

Harrison W. Smith, of Wilson & Rector, Columbus, Ohio, for appellant.

Elmer I. Schwartz, of Metzenbaum & Schwartz, Cleveland, Ohio, and Max I. Ziskind, Columbus, Ohio, on brief, for appellee.

Before McALLISTER, Chief Judge, CECIL, Circuit Judge, and HOLLAND, Senior District Judge.

PER CURIAM.

This day this cause came on to be heard and was submitted to the Court upon the record and the briefs and oral arguments of counsel.

On consideration whereof, the Court finds that the jury reported and the foreman stated, in response to a question of the Trial Judge, that the jury had arrived at a verdict; that a purported written verdict signed by all of the members of the jury was submitted to the court; that upon further inquiry of the Trial Judge, the foreman said that the verdict was not his verdict; that thereupon the Trial Judge refused to accept the verdict.

The Court further finds that as a result of the foregoing there was not a unanimous agreement of the jurors on a verdict; that the trial resulted in a disagreement of the jurors, with no valid verdict returned; and that the judgment of the trial court in overruling the appellant's motion for final judgment on the verdict should be affirmed.

It is therefore ordered and adjudged that the judgment of the trial court be and it is hereby affirmed and that the case be remanded to the trial court for trial.